MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-92
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY GRIVETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>JOHNNY GRIVETTE               )<br>                              )<br>          Defendant.          )<br>_____ | Case No. CR-S-12-213 JAM<br><br>**STIPULATION TO EXTEND DATE**<br>**FOR SELF SURRENDER**<br><br>Date: July 28, 2014<br>Time: 2:00 p.m.<br>Judge: JOHN A. MENDEZ |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, undersigned hereto, that the current date for the defendant's self surrender be continued to July 28, 2014 at 2:00 p.m.

   Defendant makes the request upon the following grounds:

   As the Court might recall from sentencing, defendant is the primary support for his wife and 3 children, as well as his parents and sister.  He is a general contractor who works small jobs by himself for his living.  He is in the middle of a few jobs right now which are not finished and he will finish them soon which will provide much needed funds for his

STIP ON SELF SURRENDER

1 family while he is in prison.

2 He is cooperating with the government, and defense
3 counsel desires to review numerous e mails from the period of
4 the conspiracy against the other co defendants who are going
5 to trial in the fall of this year with the defendant in
6 counsel's office.

7 Defendant's probation report discusses the defendants
8 prior issues with potential cancer and defense counsel
9 desires that defendant see a doctor one last time before
10 beginning his prison sentence so that accurate and current
11 information is available.

12 Defendant's mother is undergoing surgery July 18, 2014;
13 she is disabled, as is defendant's father (referenced in the
14 probation report) and defendant and his mother desire that he
15 be able to be there for her surgery.

16 All other Orders of the court regarding the terms of the
17 defendant's release and self surrender shall remain in full
18 force and effect.

19

20 DATED: June 13, 2014.      Respectfully submitted,
21                            MARK J. REICHEL, ESQ.
22                            */s/ MARK J. REICHEL*
23                            MARK J. REICHEL
                               Attorney for defendant
24
25                            BENJAMIN WAGNER
                               United States Attorney
26
27 DATED: June 12, 2014       */s/MARK J. REICHEL* for:
                               PAUL HEMESETH
28                             Assistant U.S. Attorney
                               Attorney for Plaintiff

STIP ON SELF SURRENDER            2

**ORDER**

IT IS SO ORDERED. All remaining orders of this court in regard to the defendants release and self surrender shall remain in full force and effect.

DATED: June 17, 2014.

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
United States District Court Judge