MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-92
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY GRIVETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-12-213 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **JUDGMENT AS TO AMOUNT OF** |
| v. ) | **RESTITUTION** |
| ) | |
| ) | |
| ) | Date: N/A |
| JOHNNY GRIVETTE ) | Judge: JOHN A. MENDEZ |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, undersigned hereto, that the criminal judgment in this matter shall be amended to reflect restitution in the amount as follows:

    IMPAC FUNDING:    $1,199,588

    FLAGSTAR BANK:    $ 288,584

    AURORA BANK:    $ 319 135

    Total Restitution:    $1,807,307.

STIP ON RESTITUTION

DATED: June 13, 2014.            Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant


                                 BENJAMIN WAGNER
                                 United States Attorney


DATED: June 12, 2014             /s/MARK J. REICHEL for:
                                 PAUL HEMESETH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**ORDER**

IT IS SO ORDERED

DATED: June 24, 2014.

_____
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge

STIP ON RESTITUTION                               2